■ MARILYN COLEMAN, as Administratrix, v. JESS GELB.— Motion for an extension of time granted insofar as to extend the time for defendant-appellant to serve his answer to 10 days after service upon his attorney of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 22, 1960, with notice of argument for January 3, 1961, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ (A) INVESTMENT CORPORATION OF PHILADELPHIA v. JOEL SPECTOR et al. (B) FRANCES FROMKES v. NORTHEASTERN LIFE INSURANCE COMPANY OF NEW YORK.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1961, with notice of argument for January 17, 1961, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY GARNER.— Motion for an enlargement of time granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before January 18, 1961. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of MARIE W. ARNOLD et al. v. BENJAMIN PESIKOFF.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated November 1, 1960. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ In the Matter of ELLA F. JACKSON, v. TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK.— Motion for an enlargement of time granted, insofar as to extend the defendant's time to serve and file the record on appeal to and including December 30, 1960, and its appellant's points to and including January 30, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before February 15, 1961. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ (A) GLENN W. SMITH v. HORN CONSTRUCTION Co., INC. (B) LUDWIG LAWRENCE v. DECCA RECORDS, INC., et al.— [In each action] Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 22, 1960, with notice of argument for January 3, 1961, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated November 2, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ISIDORE BRANHAM. (B) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE DIBLIN, Alias DANIEL STEPHENS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL DUNCAN. — [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.